UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE STRINGFELLOW, as Personal
Representative of the Estate of Alfred
Stringfellow, deceased,

    Plaintiff,

vs

OAKWOOD HOSPITAL AND MEDICAL
CENTER, and JOHN C. OWENS, M.D.,

    Defendants.
_____/

Case No: 03-75188
Honorable Victoria A. Roberts

## **ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION**

This matter is before the Court on Defendants' Motion for reconsideration of the Court's denial of summary judgment on Plaintiff's state law claims. [Doc. 38]. Because the Defendants failed to present new evidence, as required by E.D. Mich. LR 7.1(g), the Motion is **DENIED.**

    **IT IS SO ORDERED.**

                                        **s/Victoria A. Roberts**
                                        **Victoria A. Roberts**
                                        **United States District Judge**

**Dated:  January 4, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 4, 2006.**
>
> **s/Linda Vertriest**
> **Deputy Clerk**